Alston v. Cunningham.

## JOHN ALSTON
### v.
## ALEXANDER CUNNINGHAM.

AFFIDAVIT OF MERITS—SUFFICIENCY.—The same question was presented as in the preceding case, and the opinion here refers to that case.

APPEAL from the Superior Court of Cook county; the Hon. JOSEPH E. GARY, Judge, presiding. Opinion filed May 2, 1879.

Mr. ROBERT HERVEY, for appellant.

Messrs. SHUFELDT & WESTOVER, for appellee.

MURPHY, P. J. This record presents but one question: That is the ruling of the Court in refusing leave to the appellant to plead. It is the same question considered and passed upon in a case decided at this term, of John Alston v. Richard S. Brownell. For the reasons there given, being as they are alike applicable to this case, the judgment of the court below is reversed and the cause remanded. Reversed and remanded.